IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEMAR COATES, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:10-cv-174-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| RAYMOND J. SOBINA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

Plaintiff's civil rights complaint was received by the Clerk of Court on July 19, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on June 17, 2011 [18], recommends that the Defendants' motion to dismiss the complaint [8] be granted. Plaintiff was allowed fourteen (14) days from the date of service in which to file objections. Service was made on Plaintiff by certified mail at SCI-Albion, where he is incarcerated, and on Defendants. No objections to the Report and Recommendation have been filed. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th DAY of July, 2011;

IT IS ORDERED that the Defendants' motion to dismiss the complaint [8] shall be, and hereby is, GRANTED.

The Report and Recommendation of Magistrate Judge Baxter, filed on June 17, 2011 [18], is adopted as the opinion of this Court.

                                           s/ <u>Sean J. McLaughlin</u>
                                                 SEAN J. McLAUGHLIN
                                                 United States District Judge

cm:    All parties of record
        U.S. Magistrate Judge Susan Paradise Baxter